UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**          DATE: **MAY 3, 2012**          TIME: **10:30 a.m.**

DOCKET #: **CR-12-00060 (ILG)**              TITLE: **U.S.A. v. ***
CR:   **Charleane Heading**                  DEPUTY CLERK: **Stanley Kessler**
INTERPRETER:                                 AUSA: **Hilary L. Jager - #6248**
DEF'T #1 NAME: **Terrence Sumuel**           ATT'Y: **Ken H. Kamdang, Esq. - LAS**
✓ Present  _ Not Present  ✓ In Custody      ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR STATUS CONFERENCE

✓ Case called.

✓ Defendant present with counsel.

✓ Status conference held.

✓ Counsel report that plea negotiations are underway and jointly request a 60 day continuance.

✓ A status conference is scheduled for 7/10/2012 at 10:30 a.m.

✓ The time between today and 7/10/2012 is excluded, in the interests of justice, from the calculation of the Speedy Trial Act time limits, for the reasons stated on the record. The findings required by 18 USC 3161(h)(7)(A) are made on the record.

✓ The defendant is continued on bail.


**TIME:   0/20**